

NUMBER 13-11-00783-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.,                                                    Appellant,

v.

BISH ENTERPRISES, LLC,                                                      Appellee.

On Appeal from the 92nd District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the 92nd District Court of Hidalgo County, Texas, in cause number C-824-11-A. Appellant has filed an unopposed motion to dismiss the appeal on grounds that the parties have settled all claims. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
31st day of May, 2012.